# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAVERN CHARLES FAST HORSE,       )
                                 )
    Petitioner,              )   2:16-cv-01273-GMN-PAL
                                 )
vs.                              )   **ORDER**
                                 )
STATE OF NEVADA, *et. al*,       )
                                 )
    Respondents.             )
_____/

    Pretrial detainee Lavern Charles Fast Horse has submitted a pleading he identifies as a 28 USC § 2241 petition to challenge his confinement at the Clark County Detention Center, but he has not paid the filing fee or submitted an application to proceed *in forma pauperis* with supporting documentation as required by 28 USC § 1915(a)(2) and Local Rule LSR 1-2. Accordingly, this action is DISMISSED without prejudice to Fast Horse's ability to bring a new action. The Clerk shall enter judgment accordingly and close this case.

    It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

    Fast Horse is instructed that if he wishes to bring a new action, he must pay the filing fee in full or submit a completed application to proceed *in forma pauperis* with a signed financial certificate and statement of his inmate account.

1 | The Clerk is instructed to send Fast Horse a blank application to proceed in forma pauperis
2 | for incarcerated litigants.
3 | Dated this ___16___ day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE